IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01865-BNB

HUBBERT ROY,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 4 2011

GREGORY C. LANGHAM
                        CLERK

---

## ORDER ASSIGNING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Christine M. Arguello and to Magistrate Judge Kathleen M. Tafoya. Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED October 4, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01865-BNB

Hubbert Roy
4943 Ursula St.
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 4, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk