FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01865-CMA-KMT

HUBBERY ROY,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

    DATED: October __18__, 2011

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01865-CMA-KMT

Hubbert Roy
4943 Ursula St.
Denver, CO 80239

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the The United States Attorney General; to the United States Attorney's Office for service of process on United States of America: AMENDED COMPLAINT FILED 10/03/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 19, 2011.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                   Deputy Clerk